UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
LEROY HAYES,

                        Petitioner,

    -against-

PEOPLE OF THE STATE OF NEW YORK,

                        Respondent.
------------------------------------- x

ORDER

19 Civ. 10902 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

In light of Petitioner's letter dated May 13, 2020, (ECF No. 17), requesting that he be allowed to withdraw his petition for a writ of habeas corpus, Petitioner's habeas corpus petition is ORDERED dismissed without prejudice.

Dated: New York, New York
       May 28, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge